IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILBERT WILLIAMS, | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| OFFICER MOISES J. VELEZ, et al., | : | No. 16-1593 |
| *Defendants*. | : | |

# O R D E R

**AND NOW**, this 10th day of May, 2017, upon consideration of Defendant City of Philadelphia's Second Motion to Dismiss (Docket No. 17), response thereto, and oral argument, it is hereby **ORDERED** that the Motion to Dismiss (Docket No. 17) is **GRANTED**, and that Plaintiff's claims against the City of Philadelphia, as articulated in Count II of the Amended Complaint, are **DISMISSED without prejudice**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge