IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILBERT WILLIAMS, | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | No. 16-1593 |
| OFFICER MOISES J. VELEZ et al., | : | |
| *Defendants*. | : | |

## ORDER

**AND NOW**, this 15th day of October, 2018, upon consideration of (1) Defendants' Motion *in Limine* to Preclude Evidence of Defendants' Prior Employee Discipline or Adverse Employment Actions or Consequences (Doc. No. 56) and Plaintiff's Response thereto (Doc. No. 61); (2) Plaintiff's Motion *in Limine* to Exclude Certain Medical Records at Trial (Doc. No. 57) and Defendants' Response thereto (Doc. No. 62); and (3) Plaintiff's Motion *in Limine* to Exclude Evidence of Plaintiff's Crimes or Wrongs (Doc. No. 58) and Defendants' Response thereto (Doc. No. 60), **it is ORDERED** as follows:

1. Defendants' Motion *in Limine* to Preclude Evidence of Defendants' Prior Employee Discipline or Adverse Employment Actions or Consequences (Doc. No. 56) is **GRANTED IN PART**. To the extent Officer Velez testifies about his disciplinary record, the Court will permit questioning about specific reprimands received by Officer Velez, but only to the extent such questions are probative of Officer Velez's character for truthfulness or untruthfulness.

2. Plaintiff's Motion *in Limine* to Exclude Certain Medical Records at Trial (Doc. No. 57) is **GRANTED IN PART**. To the extent that the defendants argue that Mr. Williams's

practice of filing sick calls and inmate grievance forms may have some bearing on his credibility, the Court **RESERVES JUDGMENT**.

3. Plaintiff's Motion *in Limine* to Exclude Evidence of Plaintiff's Crimes or Wrongs (Doc. No. 58) is **DENIED** as to Mr. Williams's 2010 and 2005 burglary convictions and **GRANTED** as to all other prior convictions and the circumstances preceding Mr. Williams's 2015 arrest, but the Court will permit the defendants to reference the fact that Mr. Williams was in custody at the time of his injury and whether he was unruly while in custody.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE